In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00276-CV
_____

**PETER GRIGG, Appellant**

**V.**

**TIFFANEY GRIGG WAGGONNER, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-04-06808-CV**
_____

**MEMORANDUM OPINION**

On December 12, 2024, on a motion filed by Appellee Tiffaney Grigg Waggonner, the Court found that Appellant's Brief is defective and ordered the appellant, Peter Grigg, to file an amended brief by March 3, 2025. *See* Tex. R. App. P. 38.9(a). The Order stated that unless Appellant timely files an amended brief that complies with Texas Rule of Appellate Procedure 38.1, the Court would strike Appellant's Brief, proceed as if Appellant had failed to file a brief, and dismiss the appeal for want of prosecution. Grigg did not file an amended brief.

1

On March 28, 2025, the Clerk of the Court notified the parties that Appellant's Brief has been struck and that the appeal would be submitted on the record alone without oral argument on April 21, 2025. *See id*. 39.8. The Clerk warned the parties that submission of the appeal without briefs may result in dismissal for want of prosecution. Because Grigg has not filed a brief in his appeal assigning any error to any of the trial court's rulings, we dismiss Grigg's appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 21, 2025
Opinion Delivered April 24, 2025

Before Johnson, Wright and Chambers, JJ.